UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPDYNAMICS, INC., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CA, INC.,<br><br>   Defendant. | Case No.  14-cv-01945-VC<br><br>**ORDER** |

On May 5, 2014 Defendant filed a motion to dismiss.  (Docket No. 7).  On May 9, 2014, Plaintiffs filed a motion to remand.  (Docket No. 10).  In the interest of efficiency, the hearing on the motion to dismiss, scheduled for June 26, 2014 is VACATED.  Instead, the motion to remand will be heard on June 26, 2014 at 1:30 p.m.  Until that time, briefing on the motion to dismiss is stayed.

If the motion to remand is denied, the motion to dismiss will be heard on July 17, 2014 at 1:30 p.m.  Plaintiffs' opposition to the motion to dismiss will be due on July 3, 2014, and Defendant's reply will be due July 10, 2014.

**IT IS SO ORDERED.**

Dated: May 12, 2014

_____
VINCE CHHABRIA
United States District Judge