1  GIBSON, DUNN & CRUTCHER LLP
   JOSH KREVITT, SBN 208552
2  PAUL TORCHIA, (NEW YORK BAR NO. 3988508)
   *(pro hac vice application pending)*
3  200 Park Avenue
   New York, NY 10166-0193
4  Telephone:  (212) 351-4000
   Facsimile:   (212) 351-4035
5  Email: jkrevitt@gibsondunn.com

6  Attorneys for Plaintiffs
   APPDYNAMICS, INC., JYOTI BANSAL
7  and BHANSKAR SUNKARA

8  HOLLAND & KNIGHT LLP
   Matthew P. Vafidis (SBN 103578)
9  50 California Street, 28th Floor
   San Francisco, CA  94111
10 Telephone:  (415) 743-6900
   Facsimile:  (415 743-6910
11 Email:  matthew.vafidis@hklaw.com

12 Attorneys for Defendant CA, INC.
   d/b/a CA TECHNOLOGIES
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, AND BHASKAR SUNKARA<br><br>Plaintiffs<br><br>vs.<br><br>CA, INC. D/B/A CA TECHNOLOGIES,<br><br>Defendant | Case No. 3:14-cv-01945-VC<br><br>**STIPULATION AND REQUEST FOR COURT APPROVAL TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER** AS MODIFIED<br><br>Local Rules 16-2(e), 7-12 |

//

//

//

//

-1-

1   IT IS HEREBY STIPULATED by and between Plaintiffs APPDYNAMICS, INC., JYOTI BANSAL and BHANSKAR SUNKARA ("Plaintiffs") and Defendant CA, INC. d/b/a CA TECHNOLOGIES ("CA"), by and through their respective counsel of record, that, subject to the Court's approval as set forth in the proposed order in the form of an endorsement on this stipulation, which approval is hereby requested, the Case Management Conference set herein for August 1, 2014 be continued to September 9, 2014 or as soon thereafter as counsel may be heard. This stipulation is submitted in accordance with Local Rules 7-12 and 16-2(e).

The grounds for this stipulation and request are as follows:

1.   This action was removed to this Court from the San Francisco Superior Court on April 28, 2014.  On May 5, 2014, CA filed a motion to dismiss and on May 9, 2014, Plaintiffs filed a motion to remand.  Both motions were heard by the Court on June 26, 2014, at which hearing the motions were terminated.

2.   The undersigned counsel for CA has recently been retained in this matter and filed a Notice of Appearance on July 9, 2014 (document number 30.)

3.   CA has not yet filed its response to the Complaint in this matter, but will do so promptly.

4.   Following the filing of the response of CA, the parties will meet and confer regarding the discovery plan for this matter, including holding a conference pursuant to Rule 26(f), and will discuss an ADR process and any other issues to be addressed in advance of the Case Management Conference.

5.   In view of the recent retention of CA's counsel and the procedural status of this matter, both parties consider that it would be in the best interest of the parties and would promote the orderly management of this case for the Case Management Conference, currently set for August 1, 2014, to be continued to a date in early September in order to allow more time for consideration, discussion and agreement upon a proper discovery plan and other preliminary matters.

6.   Accordingly, the parties request that the Court continue the August 1 Case Management Conference until an appropriate date, convenient to the Court, in early September.

-2-

STIPULATION AND REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE; PROPOSED ORDER                    Case No. 3:14-cv-01945-VC

1    7.     The parties request that the Case Management Conference be continued to
2  September 9, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard.
3        SO STIPULATED:
4  Dated: July 11, 2014                    GIBSON, DUNN & CRUTCHER LLP

                                            */s/ Josh Krevitt*
                                            By: Josh Krevitt

                                            Attorneys for Plaintiffs
                                            APPDYNAMICS, INC., JYOTI BANSAL
                                            and BHANSKAR SUNKARA

Dated: July 11, 2014                       HOLLAND & KNIGHT LLP

                                            */s/ Matthew P. Vafidis*
                                            By: Matthew P. Vafidis

                                            Attorneys for Defendant
                                            CA, INC. d/b/a CA TECHNOLOGIES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference in this matter is continued to September ~~2~~ 16, 2014 at 10:00 a.m. in Courtroom 4, 17th Floor, San Francisco; Case Management Statement due by September ~~2~~ 9, 2014.

Dated: July 15, 2014

_____
Honorable Vince Chhabria

**IT IS SO ORDERED AS MODIFIED**
Judge Vince Chhabria

-3-
STIPULATION AND REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE; PROPOSED ORDER                    Case No. 3:14-cv-01945-VC