UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AppDynamics, Inc.; Jyoti Bansal; and Bhaskar Sunkara,
        Plaintiff(s),

v.

CA, Inc.
        Defendant(s).

CASE NO. 3:14-cv-1945-vc

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [✔] Private ADR (*please identify process and provider*)  Private mediation with a provider to be agreed upon by the parties following at least preliminary discovery.

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [✔] other requested deadline   March 13, 2015

Dated: 8/26/2014                                                    /s/ Frederick Brown
                                                                                                     Attorney for Plaintiff

Dated: 8/26/2014                                                    /s/ Matthew Vafidis
                                                                                                     Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

# [PROPOSED] ORDER

☑ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 9/3/2014



_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**CERTIFICATE OF SERVICE**

I, Barbie D. Akin, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On August 28, 2014, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ I am employed in the office of Joseph A. Gorman, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2014.

*Barbie D. Akin*  .
Barbie D. Akin

101787401.1