# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPDYNAMICS, INC., et al.,

    Plaintiffs,

v.

CA, INC.,

    Defendant.

Case No. 14-cv-01945-VC

**ORDER RE: PROTECTIVE ORDER**

Re: Dkt. No. 50

The Court adopts CA's proposed protective order.

**IT IS SO ORDERED**.

Dated: November 26, 2014

VINCE CHHABRIA
United States District Judge