UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>Plaintiffs,<br><br>vs.<br><br>CA, Inc. d/b/a CA Technologies,<br><br>Defendant. | Case No.: 3:14-cv-01945-vc<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1-5 RELATING TO PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. P. 37 OR, IN THE ALTERNATIVE, TO COMPEL AND FOR A PROTECTIVE ORDER |

By administrative motion, Plaintiffs AppDynamics, Inc., Jyoti Bansal, and Bhaskar Sunkara (collectively, "Plaintiffs") have moved to file under seal Exhibits 1-5 attached to Plaintiffs' Motion For Relief Under Fed. R. Civ. P. 37 Or, In The Alternative, To Compel And For A Protective Order For good cause shown, the Court grants Plaintiffs' motion to seal Exhibits 1-5.

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit 1 - CA, Inc.'s Designation of Trade Secrets [CCP § 2019.210] | Entire Document |
| Exhibit 2 - Defendant's Response to Plaintiffs' First Set of Interrogatories | Entire Document |
| Exhibit 3 - Defendant's First Supplemental Response to Plaintiffs' Interrogatory Nos. 1, 6, 16, 17, and 19 | Entire Document |
| Exhibit 4 - CA, Inc.'s Supplemental Designation of Trade Secrets [CCP § 2019.210] | Entire Document |

| | |
|---|---|
| Exhibit 5 - Defendant's Third Supplemental Response to Plaintiffs' Interrogatory No. 6 | Entire Document |

**IT IS SO ORDERED.**

Dated: February 2, 2015                    By: _____
                                                                    Hon. Vince Chhabria
                                                                    United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1-5 RELATING TO PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. P. 37 OR, IN THE ALTERNATIVE, TO COMPEL AND FOR A PROTECTIVE ORDER; Case No. 3:14-CV-1945-VC