HOLLAND & KNIGHT LLP
Matthew P. Vafidis (SBN 103578)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415 743-6910
Email: matthew.vafidis@hklaw.com

Joshua C. Krumholz
(admitted pro hac vice)
Benjamin M. Stern
(admitted pro hac vice)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
joshua.krumholz@hklaw.com
benjamin.stern@hklaw.com
Attorneys for Defendant and Counterclaimant
CA, INC. d/b/a CA TECHNOLOGIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>    Plaintiff,<br>v.<br>CA, Inc.,<br><br>    Defendant. | Case No.: 3:14-cv-01945-VC<br><br>[~~PROPOSED~~] ORDER GRANTING CA, INC'S MOTION FOR AN ORDER SHORTENING TIME FOR HEARING OF MOTION FOR <u>ISSUANCE OF LETTER ROGATORY</u><br>Local Rule 6-3<br><br>Date: March 19, 2015<br>Time: 10:00 a.m.<br>Judge: Vince Chhabria<br>Courtroom: 4, 17th Floor |

Defendant and Counterclaimant CA, INC. d/b/a CA TECHNOLOGIES ("CA") having moved this court, pursuant to Local Rule 6-3, to shorted time for the hearing of the Motion for Issuance of a Letter Rogatory, and documents and argument in support thereof and opposition thereto having been submitted to and duly considered by this court,

-1-

-2-

1  AND GOOD CAUSE APPEARING THEREFOR,

2  IT IS HEREBY ORDERED:

3  1. Said motion to shorten time is hereby granted.

4  2. The Motion of CA for an Order for Issuance of Letter Rogatory, filed herein on February 9, 2015, shall be heard on shortened time on February 17, 2015 at 10:00 a.m., any Opposition thereto shall be filed on or before February 13, 2015 and any Reply shall be filed before noon on February 16, 2015.

SO ORDERED.

Dated: February 11, 2015

_____
United States District Judge

---

ORDER ON MOTION FOR SHORTENED TIME     -2-     Case No.: 3:14-cv-09145-VC