JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
PAUL E. TORCHIA, NY BAR NO. 3988508
(*admitted pro hac vice*)
  ptorchia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-351-4000
Facsimile:  212-351-4035

FREDERICK BROWN, SBN 65316
  fbrown@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-393-8306

ALISON WATKINS, SBN 253023
  awatkins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-849-5300
Facsimile: 650-849-5333

ATTORNEYS FOR PLAINTIFFS
APPDYNAMICS, INC., JYOTI BANSAL,
and BHASKAR SUNKARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CA, Inc. d/b/a CA Technologies,<br><br>　　　　　Defendant. | Case No.: 3:14-cv-01945-vc<br><br>**PLAINTIFFS' STATEMENT OF NONOPPOSITION TO CA, INC.'S MOTION FOR ISSUANCE OF LETTER ROGATORY**<br><br>Date**:** February 17, 2015<br>Time:  10:00 a.m.<br>Judge:  Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to Local Rule 7-3(b), AppDynamics, Inc., Jyoti Bansal, and Bhaskar Sunkara (collectively, "Plaintiffs") do not oppose CA's Motion for Issuance of Letter Rogatory ("Motion").

## I. BACKGROUND

On December 19, 2014, Defendant CA, Inc. issued a subpoena to Rakesh Kamath. On February 9, 2015, CA filed the Motion, requesting that the Court order the issuance of a letter rogatory directed to the appropriate court in Canada to compel production of documents and deposition of Mr. Kamath. Dkt. Nos. 60-61. CA then moved to shorten time for hearing of the Motion, which the Court granted on February 11, 2015. Dkt. Nos. 62-64, 66. The Court ordered that the hearing take place on February 17, 2015, with Plaintiffs' response to the Motion due on February 13, 2015 and any reply from CA due before noon on February 16, 2015. Dkt. No. 66.

## II. PLAINTIFFS' STATEMENT OF NONOPPOSITION

Plaintiffs and CA have conferred regarding CA's Motion and resolved their dispute. Plaintiffs have agreed to not oppose the Motion in light of CA's representation that CA does not presently intend to use the deposition as a basis to seek leave to modify dates in the discovery schedule, beyond such modifications as may be necessary to allow the deposition to proceed.[1] Accordingly, Plaintiffs do not oppose the Motion.

Dated: February 13, 2015   GIBSON, DUNN & CRUTCHER LLP

*/s/ Paul E. Torchia*

Josh A. Krevitt
Paul E. Torchia
(*admitted pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: 212-351-4000
Facsimile: 212-351-4035
Email: jkrevitt@gibsondunn.com
        ptorchia@gibsondunn.com

---

[1] CA has stated that it reserves its right to seek leave of the Court to take follow-up discovery, after the fact discovery cutoff, if facts obtained from the subpoena so warrant. Plaintiffs do not agree that follow-up discovery served after the discovery cutoff would be appropriate absent compelling circumstances. The parties agree, however, that this issue is not ripe and need not be decided at this time.

1

Frederick Brown
Gibson Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105
Phone: 415-393-8204
Facsimile: 415-393-8306
Email: fbrown@gibsondunn.com

Alison Watkins
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-849-5300
Facsimile: 650-849-5333
Email: awatkins@gibsondunn.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: February 13, 2015      */s/ Paul E. Torchia*
                                                            Paul E. Torchia