UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CA, Inc.,<br><br>　　　　　　Defendant. | Case No.: 3:14-cv-09145-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CA INC.'S MOTION FOR ISSUANCE OF A LETTER ROGATORY TO COMPEL PRODUCTION AND TESTIMONY BY RAKESH KAMATH<br><br>Date: March 19, 2014<br>Time: 10:00 a.m.<br>Magistrate Judge: Vince Chhabria<br>Courtroom: 4, 17th Floor |

　　Before the Court is the motion of CA, Inc. requesting that the Court issue a Letter Rogatory in accordance with the Hague Convention of March 18, 1970, on the Taking of Evidence Abroad (the "Hague Evidence Convention"), directed to the proper judicial officials in Ontario, Canada, the Ontario Superior Court of Justice and seeking that authority's assistance in obtaining the production of documents from Rakesh Kamath and taking Rakesh Kamath's deposition relating to the above-titled action. Upon full consideration of the motion, the memorandum in support thereof, and the record,

　　IT IS HEREBY ORDERED that CA Inc.'s motion is GRANTED. The Court will approve and sign the Letter Rogatory attached as Exhibit A to CA Inc.'s motion, the Clerk of the Court will authenticate the Court's signature under the seal of the Court, and the Letter of Request will thereafter be returned by the Clerk of the Court to counsel for CA Inc. for delivery to the appropriate Canadian authority.

Dated: February 20, 2015

　　　　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria

1

[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF LETTER ROGATORY