UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>Plaintiffs,<br><br>vs.<br><br>CA, Inc. d/b/a CA Technologies,<br><br>Defendant. | Case No.: 3:14-cv-01945-vc<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 2-4 TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT CA'S COUNTERCLAIM FOR LOST PROFITS UNDER FED. R. CIV. P. 37(C) |

By administrative motion, Plaintiffs AppDynamics, Inc., Jyoti Bansal, and Bhaskar Sunkara (collectively, "Plaintiffs") have moved to file under seal Exhibits 2-4 to Plaintiffs' Motion to Strike Defendant CA's Counterclaim for Lost Profits Under Fed. R. Civ. P. 37(c).

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit 2 - Defendant's Response to Plaintiffs' First Set of Interrogatories | Entire Document |
| Exhibit 3 - CA, Inc.'s Supplemental Rule 26(a)(1) Initial Disclosure of Computation of Damages | Entire Document |
| Exhibit 4 - Defendant's First Supplemental Response to Plaintiffs' Interrogatory Nos. 1, 6, 16, 17, and 19 | Entire Document |

**IT IS SO ORDERED.**

Dated: _April 8, 2015_          By: _____

Hon. Vince Chhabria
United States District Judge