```
JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
PAUL E. TORCHIA, NY BAR NO. 3988508
(admitted pro hac vice)
  ptorchia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-351-4000
Facsimile:  212-351-4035

FREDERICK BROWN, SBN 65316
  fbrown@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-393-8306

ALISON WATKINS, SBN 253023
  awatkins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-849-5300
Facsimile: 650-849-5333

ATTORNEYS FOR PLAINTIFFS
APPDYNAMICS, INC., JYOTI BANSAL,
  and BHASKAR SUNKARA
```

*Counsel for Defendant on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CA, Inc.,<br><br>　　　　　Defendant. | CASE NO. 3:14-cv-1945-vc<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Plaintiffs AppDynamics, Inc., Jyoti Bansal, and Bhaskar Sunkara and Defendant CA, Inc. (collectively, "Parties") hereby notify the Court that they have reached a settlement and have executed a binding settlement agreement that resolves all claims in this action. The Parties intend to

file with the Court a joint motion to dismiss all claims and counterclaims with prejudice promptly upon a payment under the settlement agreement scheduled to be made on or before May 1, 2015.

Dated: April 17, 2015

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Paul E. Torchia*
      Paul E. Torchia

Attorneys for Plaintiffs APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA

Dated:  April 17, 2015

HOLLAND & KNIGHT LLP

By: */s/ Benjamin M. Stern*
    Benjamin M. Stern

HOLLAND & KNIGHT LLP
Matthew P. Vafidis (SBN 103578)
50 California Street, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
Email:  matthew.vafidis@hklaw.com

Joshua C. Krumholz
(*admitted pro hac vice*)
Benjamin M. Stern
(*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
joshua.krumholz@hklaw.com
benjamin.stern@hklaw.com

Attorneys for CA, INC. d/b/a CA TECHNOLOGIES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served on all counsel for defendant CA, Inc. who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated:   April 17, 2015            By: */s/ Paul E Torchia*

                                                Paul E. Torchia