Matthew P. Vafidis (SBN 103578)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com

Joshua C. Krumholz
(*admitted pro hac vice*)
Benjamin M. Stern
(*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
joshua.krumholz@hklaw.com
benjamin.stern@hklaw.com

*Attorneys for CA, INC.
d/b/a CA TECHNOLOGIES*

*Attorneys for Plaintiff on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPDYNAMICS, INC., JYOTI BANSAL, and BHASKAR SUNKARA,<br><br>          Plaintiff,<br><br>    v.<br><br>CA, Inc.,<br><br>          Defendant. | Case No.: 3:14-cv-09145-VC<br><br>**JOINT MOTION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

     Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs AppDynamics, Inc., Jyoti Bansal, and Bhaskar Sunkara, and Defendant CA, Inc., d/b/a/ CA Technologies, hereby jointly request that the Court dismiss with prejudice of all claims and counterclaims in the above-captioned action, with each party to bear its own costs and fees.

1

2  Dated: May 1, 2015                                    Dated: May 1, 2015

3

4  By: */s/ Benjamin M. Stern*                           By: */s/ Paul E. Torchia*
       Matthew P. Vafidis (SBN 103578)                       Josh Krevitt (SBN 208552)
5      HOLLAND & KNIGHT LLP                                  Paul E. Torchia
       50 California Street, 28th Floor                      (*admitted pro hac vice*)
6      San Francisco, CA 94111                               GIBSON, DUNN & CRUTCHER LLP
       Telephone: (415) 743-6900                             200 Park Avenue
7      Facsimile: (415) 743-6910                             New York, NY 10166-0193
       Email: matthew.vafidis@hklaw.com                      (212) 351-4000
8                                                            jkrevitt@gibsondunn.com
       Joshua C. Krumholz                                    ptorchia@gibsondunn.com
9      (*admitted pro hac vice*)
       Benjamin M. Stern                                     Frederick Brown (SBN 65316)
10     (*admitted pro hac vice*)                             fbrown@gibsondunn.com
       HOLLAND & KNIGHT LLP                                  GIBSON, DUNN & CRUTCHER LLP
11     10 St. James Ave., 11th Floor                         555 Mission Street, Suite 3000
       Boston, MA 02116                                      San Francisco, CA 94105
12     Telephone: (617) 523-2700                             Telephone: (415) 393-8200
       Facsimile: (617) 523-6850                             Facsimile: (415) 393-8306
13     joshua.krumholz@hklaw.com
       benjamin.stern@hklaw.com                              Alison Watkins (SBN 253023)
14                                                           GIBSON, DUNN & CRUTCHER
                                                             1880 Page Mill Road
15     *Attorneys for Plaintiff, CA, Inc.,*                  Palo Alto, CA 94304
       *d/b/a CA Technologies*                               (650) 849-5300
16                                                           awatkins@gibsondunn.com

17                                                           *Attorneys for Defendants,*
                                                             *AppDynamics, Inc., Jyoti*
18                                                           *Bansal and Bhaskar Sunkara*

19

20

21

22       SO ORDERED.

23

24       Dated: ___May 4_____, 2015

25

26

27       _____
         Hon. Vince Chhabria
28       United States District Court Judge

*IT IS SO ORDERED*
*Judge Vince Chhabria*